UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**MATTHEW WALEYKO,**
    **Plaintiff,**

  **v.**                           C.A. No. 23-215 JJM

**CARLOS DEL TORO, SECRETARY
OF THE NAVY,**
    **Defendant.**

**JUDGMENT**

**[ ]** Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[ X ]** Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Order entered on February 28th, 2024 by this Court.

                                                  Enter:

                                                  /s/ Ryan H. Jackson

                                                  Deputy Clerk

Dated: February 28, 2024