# United States Court of Appeals
## For the First Circuit

_____

No. 24-1310

MATTHEW WALEYKO,

Plaintiff, Appellant,

v.

JOHN PHELAN, Secretary of the Navy,

Defendant, Appellee.

_____

**JUDGMENT**

Entered: July 25, 2025

    This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Sonja Linnea Deyoe
Lauren S. Zurier
Bethany N. Wong
Kevin Love Hubbard